UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CUBWA JENEVELA,**

   Plaintiff,

v.   No. 4:21-cv-1351-P

**FIESTA MART, LLC D/B/A FIESTA MART AND FIESTA MART, INC. D/B/A FIESTA MART #76,**

   Defendants.

## ORDER

Before the Court is the parties' joint motion for dismissal with prejudice. ECF No. 41. Because the Court received notice that the parties settled this dispute (ECF No. 38), the Court **GRANTS** the motion to dismiss **with prejudice**.

**SO ORDERED** on this **19th day** of **October 2022.**

_[signature: Mark T. Pittman]_

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE