UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CUBWA JENEVELA,**

   Plaintiff,

v.                                      No. 4:21-cv-1351-P

**FIESTA MART, LLC D/B/A FIESTA MART AND FIESTA MART, INC. D/B/A FIESTA MART #76,**

   Defendants.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case issued on October 19, 2022, this civil action is **DISMISSED with prejudice**. The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **19th day** of **October 2022.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE